IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| RICHARD W. LOVELAND, | ) | Civil No. C04-5701-KLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING FEES AND COSTS |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |

Based on the stipulation of the parties it is hereby ORDERED, that Plaintiff's counsel Teal M. Parham should be awarded attorney fees in the amount of $4,027.47, expenses totaling $45.04, and costs totaling $176.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

ORDER GRANTING FEES AND COSTS  [C04-5701KLS] -1

DATED this 28TH day of June, 2005.

   s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/TEAL M. PARHAM  WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net

ORDER GRANTING FEES AND COSTS  [C04-5701KLS] -2